# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| SCOTT EDWARDS,<br>    *Plaintiff,*<br><br>v.<br><br>STATE FARM MUTUAL<br>AUTOMOBILE INSURANCE<br>COMPANY,<br>    *Defendant.* | §<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 1:23-CV-00693<br>§<br>§<br>§<br>§ |

## NOTICE OF REMOVAL OF ACTION
## UNDER 28 U.S.C. § 1441(b) (DIVERSITY)

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant State Farm Mutual Automobile Insurance Company, ("Defendant") and hereby petitions this Court pursuant to 28 U.S.C. §§ 1332, 1441(b), and 1446 for removal, on the basis of diversity of citizenship jurisdiction, to the United States District Court for the Western District of Texas, Austin Division, of the action numbered and styled Cause No. D-1-GN-23-002633; *Scott Edwards v. State Farm Mutual Automobile Insurance Company,* in the 345th Judicial District Court of Travis County, Texas (the "State Court case"), and in support thereof would respectfully show this Court as follows:

### I.   NATURE OF THE SUIT AND PROCEDURAL BACKGROUND

1. This lawsuit arises out of a car wreck that occurred on December 9, 2021 between the Plaintiff and an alleged underinsured driver. Plaintiff filed his Original Petition in the Travis County District Court case on May 16, 2023.[1] Plaintiff demanded a jury trial.

---

[1] *See* Exhibit A.

2. In his Original Petition, Plaintiff seeks a declaratory judgment regarding the insurance policy and also asserts extra-contractual causes of action against State Farm for breach of contract and violations of the Texas Insurance Code and Deceptive Trade Practices Act ("DTPA") as well as negligence and misrepresentation.

3. Defendant was served on May 23, 2023.[2] Defendant answered the suit on June 16, 2023.[3]

## II.   BASIS FOR REMOVAL

4. The Court has jurisdiction over this action under 28 U.S.C. 1332 because there is complete diversity between all real parties in interest and the amount in controversy exceeds $75,000 exclusive of interests and costs.

5. At the time this action commenced, Plaintiff was citizen of the State of Texas[4] and based on information and belief, Plaintiff is residing in Williamson County, Texas.

6. Defendant State Farm Mutual Automobile Insurance Company is an insurance company that is incorporated in the state of Illinois and its principal place of business is in Illinois.

7. Plaintiff's Original Petition seeks monetary relief aggregating more than $200,000 but less than $1,000,000.[5] Furthermore, Plaintiff has pled Defendant violated various provisions of the Texas Insurance Code and DTPA and consequently Plaintiff has suffered mental anguish and seeks *inter alia,* attorneys' fees as well as treble damages and pre/post judgment interest at the highest rate allowed by law.[6]

---

[2] *Id.*
[3] *See Id.* at B.
[4] *See* Exhibit A at ¶ 2.
[5] *See Id.* at ¶ 4.
[6] *See Id.* at ¶¶ 20-23.

8. Therefore, Plaintiff's petition – on its face – seeks more than $75,000, but furthermore seeks recovery under statutes that could allow for treble damages if Plaintiff's allegations are proven. As such, this Court has subject matter jurisdiction under 28 U.S.C. § 1332.

9. This Notice of Removal is timely filed within the 30-day statutory time period for removal under 28 U.S.C. § 1446(b)(1) as it is filed within 30 days after Defendant's receipt of service of process.

### III.   REMOVAL IS PROCEDURALLY CORRECT

10. By virtue of filing this Notice of Removal, Defendant does not waive its right to assert any motions to dismiss, including Rule 12 motions permitted by the Federal Rules of Civil Procedure.

11. Furthermore, all of the papers on file in the State Court case at the time of removal are attached hereto.[7].

12. Those papers include the citation, Plaintiff's Original Petition, and Defendant's Original Answer.

13. And pursuant to 28 U.S.C. § 1446(d), written notice of filing of this Notice will be given to all adverse parties promptly after the filing of this Notice.

14. Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice will be filed with the District Clerk of Travis County, Texas promptly after the filing of this Notice.

WHEREFORE, PREMISES CONSIDERED, Defendant State Farm Mutual Automobile Insurance Company requests that this action be removed from the Travis County District Court of Travis County, Texas to the United States District Court for the Western District of Texas,

---

[7] *See Exhibits* A-B.

Austin Division, and that this Court enter such further orders as may be necessary and appropriate.

Respectfully submitted,

By: *Katherine M. Wyatt*
J. Hampton Skelton
State Bar No. 18457700
hskelton@skeltonwoody.com
Katherine M. Wyatt
State Bar No. 24091830
kwyatt@skeltonwoody.com

**SKELTON & WOODY PLLC**
248 Addie Roy Road, Suite B-302
Austin, Texas 78746
Telephone:   (512) 651-7000
Facsimile:   (512) 651-7001

**ATTORNEYS IN CHARGE
FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of June 2023, a true and correct copy of the above and foregoing document was served via electronic service on all counsel of record.

*Katherine M. Wyatt*
Katherine M. Wyatt